

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

January 9, 2026

**Via Email**
k.ashanti@musa-obregon.com

Karl Ashanti, Esq.
Musa-Obregon Law, P.C.
55-21 69th Street
Maspeth, New York 11378

        Re: *Yolanda Rodriguez, as mother and natural guardian of A.M.R v. Hempstead UFSD, et al.*
           Docket No. 2:25-cv-06175 (NJC)(LGD)

Dear Karl:

  We represent the defendants Hempstead Union Free School District and Rowena Costa in the above-referenced matter. We provide the following documents to you in accordance with Judge Choudhury's Individual Practices:

- Notice of Motion;

- Declaration of Adam I. Kleinberg with exhibits A-C;

- Memorandum of Law in Support of Defendants Hempstead Union Free School District and Rowena Costa's Motion to Dismiss.

Thank you for your consideration of this matter.

Respectfully submitted,

GUERCIO & GUERCIO LLP

Adam I. Kleinberg

Attachments

cc: Judge Nusrat Choudhury (via ECF w/o attachments)