# MUSA-OBREGON LAW, P.C.

### ATTORNEYS AND COUNSELORS AT LAW

SHAUKY MICHAEL MUSA-OBREGON, ESQ.
SAVERIO LO MONACO, ESQ.
PETER KAPITONOV, ESQ. * admitted in NY/NJ
MAYRA VELEZ, ESQ.
RICHARD B. SUTIN, ESQ.
KARL J. ASHANTI, ESQ.
WWW.MUSA-OBREGON.COM
MOLAWFIRM@GMAIL.COM

**\*REPLY TO MASPETH OFFICE**

| **MASPETH OFFICE\*** | **MANHATTAN OFFICE** | **WHITE PLAINS OFFICE** |
|---|---|---|
| 55-21 69TH ST., 2nd FL | 757 THIRD AVE., 20TH FL | 199 MAIN ST., SUITE 301 |
| MASPETH, N.Y. 11378 | NEW YORK, N.Y. 10017 | WHITE PLAINS, N.Y. 10601 |
| TEL (718) 803-1000 | TEL (212) 655-4424 | TEL (914) 380-1436 |
| FAX (718) 374-6576 | FAX (718) 374-6576 | FAX (718) 374-6576 |

July 9, 2026

**BY ECF**
Hon. Nusrat J. Choudhury, U.S.D.J.
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Re</u>: *Yolanda Rodriguez v. HUFSD, et al.,* 2:25-cv-06175 (NJC) (LCD)

Your Honor:

As you know, our office represents Plaintiff Yolanda Rodriguez, on behalf of her minor child, A.M.R., in the above-referenced matter. On behalf of all parties, Plaintiff respectfully writes in response to the Court's order dated June 18, 2026, instructing the parties to advise whether they consent to a stay pending a decision by the Court regarding Defendants' request for a pre-motion conference.

Succinctly, Plaintiff does not consent to a stay of discovery and seeks an initial conference for the purpose of having the Court set a discovery schedule. By contrast, Defendants seek a stay of discovery based on the issues raised in their pre-motion letter to the District Judge and seek a conference to discuss a stay with the Court.

Respectfully Submitted,

/S
Karl J. Ashanti, Esq.
Musa-Obregon Law, P.C.

cc:     Adam I. Kleinberg, Esq. (by ECF)